Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. MR. JUSTICE STONE took no part in the consideration and decision of this application. *Solicitor General Jackson* for petitioner. *Mr. J. G. Körner, Jr.,* for respondent.

No. 360. UNITED STATES *v.* TOWERY. October 24, 1938. Petition for writ or certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Jackson* for the United States. *Mr. Edward H. S. Martin* for respondent.

No. 364. KEIFER ET AL. *v.* RECONSTRUCTION FINANCE CORP. ET AL. October 24, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted, limited to the first question presented in the petition. *Messrs. Ernest B. Perry* and *Robert Van Pelt* for petitioners. *Solicitor General Jackson* and *Messrs. Peyton R. Evans* and *C. J. Durr* for respondents.

No. 384. GUARANTY TRUST CO., TRUSTEE, *v.* HENWOOD, TRUSTEE, ET AL. November 7, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. John W. Davis, Edwin S. S. Sunderland,* and *Ralph M. Carson* for petitioner. *Messrs. A. H. Kiskaddon, Carleton S. Hadley, Ben C. Dey,* and *George L. Buland* for respondents.

No. 391. UNITED STATES *v.* JACOBS, EXECUTRIX. November 7, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted.